

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2015

No. 04-15-00280-CR

Driss **NASSOURI**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2608
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant has filed a response to our June 5, 2015 order, stating that the trial court has ordered a free appellate record and attaching a copy of the order. We therefore ORDER the court reporter responsible for preparing the reporter's record in this appeal to file the reporter's record on or before **July 17, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court